KEITH CHRESTIONSON (State Bar No. 130936)
ALEX HERNAEZ (State Bar No. 201441)
TYREEN TORNER (State Bar No. 249980)
FOX ROTHSCHILD LLP
235 Pine Street, Suite 1500
San Francisco, CA 94104
Telephone:  (415) 364-5540
Facsimile:  (415) 391-4436
Email:   kchrestionson@foxrothschild.com
         ahernaez@foxrothschild.com
         ttorner@foxrothschild.com

Attorneys for Defendants
THE MARLIN COMPANY and DALE ILKO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINE NODA, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>THE MARLIN COMPANY, a corporation, DALE ILKO, an individual, and DOES 1 through 75, inclusive,<br><br>        Defendants. | Case No. CV 12-04105 JAK (PLAx)<br><br>**PROTECTIVE ORDER PURSUANT TO STIPULATION** |

1    The parties having stipulated, by and through their respective counsel,
2 to the protective order submitted concurrently herewith,
3    IT IS HEREBY ORDERED that said Stipulated Protective Order **as
4 modified** shall take effect immediately upon filing of this Order.

Dated:  August 22, 2012

_____
Honorable Paul L. Abrams
United States Magistrate Judge